# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-1835

———————————————

CLAUDIA GRANT,

Petitioner,

v.

ANEURIN GRANT,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

August 23, 2024

PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jerry L. Rumph, Jr., and Olivia M. Brooks of Brooks Law, Tallahassee, for Petitioner.

No appearance for Respondent.